# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00122-CR

**Alfred Collins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. 0994804, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

The district court found appellant Alfred Collins guilty of attempted violation of a protective order and assessed punishment at incarceration in a state jail for two years, probated. *See* Tex. Penal Code Ann. §§ 15.01 (West 1994), 25.07 (West Supp. 2000). Collins represents himself on appeal after his retained trial counsel was permitted to withdraw with Collins's consent.

A reporter's record was not requested and, after Collins was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). Collins did not file a brief. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Affirmed

Filed:   November 2, 2000

Do Not Publish